SCHEDULE F

Bassett's T&S Airport E Inc

| Creditor | Address | Type | Status | Amount |
|---|---|---|---|---|
| Camden Bag & Paper | 114 Gaither Dr.<br>Mount Laurel, NJ 08054<br>856-727-3313 | Trade Debt | Unsecured | 7,800 |
| Tri State Paper | 4500 N. 3rd St.<br>Phila, PA 19140<br>215-455-4506 | Trade Debt | Unsecured | 13,000 |
| South Jersey Paper | 2400 Industrial Way<br>Vineland, NJ 08360<br>856-691-2605 | Trade Debt | Unsecured | 9,300 |
| Georges Market | 37 Freedom Rd<br>Sewell, NJ 08080<br>609-254-6201 | Trade Debt | Unsecured | 8,600 |
| US Food Service | 2255 High Hill Rd<br>Bridegport, NJ 08014<br>800-253-0277 | Trade Debt | Unsecured | 8,800 |
| Dubin Paper | 1910 S. Columbus Blvd.<br>Phila, PA 19148<br>215-462-7900 | Trade Debt | Unsecured | 1,797 |
| George Mortelliti | 1128 Ellsworth St.<br>Phila, PA 19147<br>215-651-9190 | Trade Debt | Unsecured Loan | 112,000 |
| Stanley Marvel | 1221 Ford Rd.<br>Bensalem, PA 19020<br>215-638-7800 | Trade Debt | Unsecured | 21,000 |
| Marketplace Philadelphia LP | Philadelphia Int'l Airport<br>Terminal E Upper Level<br>Phila, PA 19153<br>215-937-1200 | Rental | Unsecured | 159,000 |
| Ferraro Foods | 1603 Rhawn St.<br>Phila, PA 19111<br>732-424-3400 | Trade Debt | Unsecured | 10,000 |
| Pete Dolphin | 715 Taylor Ave<br>Collingswood, NJ 08107<br>609-217-5655 | Trade Debt | Unsecured | 37,000 |